**FILED**

12/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| JIM L. TOWSLEY and BETTY SMITH TOWSLEY, <br><br> *Plaintiffs and Appellees*, <br><br> v. <br><br> DAVID P. STANZAK, MARGO L. STANZAK, CRAIG FITCH, CARYN MISKE, LAURENCE B. MILLER, JR., STEPHEN M. ZANDI, KARIN M., ZANDI, et al. <br><br> *Defendants Appellants*. | DA 21-0514 <br><br> **ORDER GRANTING EXTENSION OF TIME** |

The Appellants' motion under Montana Rule of Appellate Procedure 26(1)

is granted, and the Appellants' opening brief is due on January 26, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 28 2021